**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JYOTI GAUTAM MURRAY and ALLEN PERRY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>METRO FIBERNET, LLC d/b/a METRONET,<br><br>    Defendant. | No. 3:24-cv-00131-MPB-CSW |

**UNOPPOSED MOTION TO EXTEND TIME**
**TO FILE RESPONSIVE PLEADING**

  Defendant Metro Fibernet, LLC d/b/a Metronet ("Metronet") respectfully requests that this Court enter an order allowing Metronet until September 23, 2024 to respond to Plaintiffs' Complaint. In support of this Motion, Metronet states as follows:

  1. On August 6, 2024, Plaintiff served their Complaint on Metronet. Based on this service date, pursuant to Federal Rule of Civil Procedure 12(a), Metronet's responsive pleading is due August 26, 2024.

  2. Metronet only recently was able to retain counsel and will need additional time to investigate the allegations in the Complaint. Accordingly, Metronet requests that this Court grant a 28-day extension of time extending the date by which Metronet must file its response to Plaintiffs' Complaint to September 23, 2024.

  3. Metronet has consulted with Plaintiffs' counsel, and Plaintiffs' counsel does not oppose this Motion.

  4. Metronet bring this Motion in good faith and not for purposes of delay, or for any other improper purpose. This request for an extension of time will not prejudice Plaintiffs. No other deadlines will be impacted by the extension requested.

WHEREFORE, Metronet respectfully request that this Court enter an order extending the date by which Metronet must file its response to Plaintiffs' Complaint to September 23, 2024.

Dated: August 27, 2024                     Respectfully submitted,

                              BY:    */s/Scott T. Schutte*
                                     Scott T. Schutte
                                     Spenser B. Jaenichen (*pro hac vice forthcoming*)
                                     **MORGAN, LEWIS & BOCKIUS LLP**
                                     110 North Wacker Drive, Suite 2800
                                     Chicago, IL 60606-1511
                                     Phone: 312.324.1000/Fax: 312.324.1001
                                     scott.schutte@morganlewis.com
                                     spenser.jaenichen@morganlewis.com

                                     *Counsel for Defendant*
                                     *Metro Fibernet, LLC d/b/a Metronet*

## CERTIFICATE OF SERVICE

      I, Scott T. Schutte, certify that on August 27, 2024, I caused to be filed the foregoing **Unopposed Motion to Extend Time to File Responsive Pleading** via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                            /s/ *Scott T. Schutte*
                                            Scott T. Schutte