# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JYOTI GAUTAM MURRAY and ALLEN PERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>METRO FIBERNET, LLC d/b/a METRONET,<br><br>Defendant. | No. 3:24-cv-00131-MPB-CSW |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST SETS OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Defendant, Metro Fibernet, LLC d/b/a/ Metronet ("Metronet"), respectfully requests that this Court grant an extension of time to Metronet to respond to Plaintiffs' First Sets of Interrogatories and Requests for Production. Specifically, Metronet requests a 7-day extension, which would require Metronet to file its discovery responses on January 17, 2025. Plaintiffs do not take a position on the relief requested in this Motion. In support of its Motion, Metronet states as follows:

1. On December 6, 2024, this Court entered an Order denying Metronet's Motion to Stay Discovery, extending the deadline for Metronet to respond to Plaintiffs' First Sets of Interrogatories and Requests for Production until January 10, 2025.

2. Metronet has endeavored to meet this deadline, but notwithstanding these endeavors, Metronet requires additional time to respond given the intervening holiday season.

3. Metronet respectfully requests an extension of seven days, until January 17, 2025, to respond to Plaintiffs' First Sets of Interrogatories and Requests for Production.

4. Metronet's request is not made for the purpose of delay, or for any other improper purpose, and would not affect any other deadlines set by the Court.

5.  Metronet consulted with Plaintiffs' counsel, and they do not take a position on the requested extension.

WHEREFORE, Metronet respectfully requests that the Court enter an Order extending the deadline for Metronet to file its responses to Plaintiffs' First Sets of Interrogatories and Requests for Production until January 17, 2025.

Dated: January 9, 2025

Respectfully submitted,

By: */s/ Scott T. Schutte*
　　Scott T. Schutte
　　Spenser B. Jaenichen
　　Allison R. Heil
　　**MORGAN, LEWIS & BOCKIUS LLP**
　　110 North Wacker Drive, Suite 2800
　　Chicago, IL 60606-1511
　　Phone: 312.324.1000/Fax: 312.324.1001
　　scott.schutte@morganlewis.com
　　spenser.jaenichen@morganlewis.com
　　allison.heil@morganlewis.com

　　*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Scott T. Schutte, an attorney, certify that I filed the foregoing using the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record on this 9th day of January, 2025.

*/s/ Scott T. Schutte*
Scott T. Schutte