UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JYOTI GAUTAM MURRAY and ALLEN PERRY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>METRO FIBERNET, LLC d/b/a METRONET,<br><br>        Defendants. | Case No. 3:24-cv-00131-MPPB-CSW |

**ORDER**

This matter coming before the Court for presentment of Defendant's Motion for Extension of Time to Respond to Plaintiffs' First Sets of Interrogatories and Requests for Production, due notice being given and the Court having been fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. Defendant's Motion for Extension of Time to Respond to Plaintiffs' First Sets of Interrogatories and Requests for Production is granted; and

2. Defendant shall have until and including January 17, 2025 to respond to Plaintiffs' First Sets of Interrogatories and Requests for Production.

**ENTERED**:

Dated: _____      _____
                                                            Honorable Matthew P. Brookman

Service will be made electronically upon all ECF-registered counsel of record via email generated by the court's ECF system.