UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JYOTI GAUTAM MURRAY on behalf of themselves and all others similarly situated,<br>ALLEN PERRY on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>METRO FIBERNET, LLC d/b/a METRONET,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:24-cv-00131-MPB-CSW<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter coming before the Court for presentment of Defendant's Motion for Extension of Time to Respond to Plaintiffs' First Sets of Interrogatories and Requests for Production, (Dkt. No. 30), due notice being given and the Court having been fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. Defendant's Motion for Extension of Time to Respond to Plaintiffs' First Sets of Interrogatories and Requests for Production is **GRANTED**; and

2. Defendant shall have until and including **January 17, 2025**, to respond to Plaintiffs' First Sets of Interrogatories and Requests for Production.

**SO ORDERED.**

Date: January 13, 2025

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically upon all ECF-registered counsel of record via email generated by the court's ECF system.