UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JYOTI GAUTAM MURRAY and ALLEN PERRY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>METRO FIBERNET, LLC d/b/a METRONET,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 3:24-cv-00131-MPB-CSW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF PARTIES'**
**PROPOSED AGREED PROTECTIVE ORDER**

The Parties – Plaintiffs Jyoti Guatam Murray and Allen Perry, and Defendant Metro Fibernet, LLC d/b/a Metronet – respectfully tender the "Stipulated Protective Order" attached as **Exhibit A** to this Motion, and request that the Court approve and enter the same. In support of this Motion, the Parties state that they believe and agree that good cause exists for this Stipulated Protective Order to preserve the legitimate proprietary and privacy interests of information that the Parties expect will be produced during discovery by them and third parties.

WHEREFORE, the Parties respectfully request that the Court approve and enter the Stipulated Protective Order attached to this Motion as **Exhibit A**.

(*Signature block to follow*)

Dated: February 7, 2025
Respectfully submitted,

By: */s/ Tyler B. Ewigleben*
   Tyler B. Ewigleben
   **JENNINGS & EARLEY PLLC**
   500 President Clinton Avenue, Suite 110
   Little Rock, Arkansas 72201
   Telephone: (317) 695-1712
   tyler@jefirm.com

   Sophia G. Gold (*pro hac vice*)
   **KALIELGOLD PLLC**
   490 43rd Street, No. 122
   Oakland, California 94609
   Telephone: (202) 350-4783
   sgold@kalielgold.com

   *Counsel for Plaintiffs*

Respectfully submitted,

By: */s/ Scott T. Schutte*
   Scott T. Schutte
   Spenser B. Jaenichen
   Allison R. Heil
   **MORGAN, LEWIS & BOCKIUS LLP**
   110 North Wacker Drive, Suite 2800
   Chicago, IL 60606-1511
   Telephone: (312) 324-1000
   scott.schutte@morganlewis.com
   spenser.jaenichen@morganlewis.com
   allison.heil@morganlewis.com

   *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2025, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/   *Scott T. Schutte*
Scott T. Schutte