UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JYOTI GAUTAM MURRAY, ALLEN PERRY, and EMANUEL GOLD,<br><br>on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>METRO FIBERNET, LLC d/b/a METRONET,<br><br>    Defendant. | Case No. 3:24-cv-00131 |

**PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 5-11(d)(4)(a)(ii), Plaintiffs submit this Motion to Maintain Documents Under Seal. Plaintiffs attached to the Amended Complaint, contemporaneously filed herewith, an "Exhibit A", which contains information that Defendant Metro Fibernet, LLC d/b/a Metronet has designated as "confidential."

Dated: May 15, 2025

Respectfully submitted,

/s/ *Tyler B. Ewigleben*
**JENNINGS & EARLEY PLLC**
Tyler B. Ewigleben; Bar No. 36450-49
Christopher D. Jennings*
500 President Clinton Avenue
Suite 110
Little Rock, AR 72201
Telephone: (317)-695-1712
tyler@jefirm.com
chris@jefirm.com

**KALIELGOLD PLLC**

1

Jeffrey Kaliel*
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783

Sophia Gold (*pro hac vice*)
sgold@kalielgold.com
490 43rd Street, No. 122
Oakland, California 94609
Tel: (202) 350-4783

*Attorneys for Plaintiffs*

**Pro hac vice to be submitted*