# EXHIBIT 2

## Murray Summary Email

METRONET

**Subject: MetroNet Order Confirmation**

## Hi Jyoti Gautam,

Below is your order summary. If you did not make these changes or you feel these changes were made in error, please contact Customer_service@metronetinc.com or call 877-407-3224.

### Requested Services (Order #29312946) *

**Added Services:**

## Internet

| | |
|---|---|
| 100M/100M | $29.95 |
| Promotion: $20.00 discount months 1-12 | |
| Promotion: $10.00 discount months 13-24 | |
| Router | $0.00 |

## Subscriber Level Charges

| | |
|---|---|
| Installation Fee | $25.00 |
| Technology Service Fee | $9.95 |

*Taxes, fees and proration not included.

### Appointment Information

**Date:** 03/25/2022
**Time frame:** 1:00 PM - 3:00 PM
**Confirmation Id:** 11250237
**Notes:** ATLAS follow up. Called CST and setup install for 100/100 with 12/12 month promo attached. Processing install for 3/25/22 1-3pm. - David Davenport

### Customer Information

**Account Number:** 1811230
**Name:** Jyoti Gautam
**Service Address:** 1143 1ST ST SW, APT 1, ROCHESTER, MN 55902
**Phone:** 808-294-9082
**Email:** Jgautam423@gmail.com

### Account Management

**Customer Portal:** https://www.metronetinc.com/portal/

### Contact Us

**Phone Number:** 877-407-3224
**Email:** Customer_service@metronetinc.com
**Website:** https://www.metronetinc.com

## Thank you for being a valued MetroNet customer!