# EXHIBIT 3

## Murray Installation Confirmation

METRONET

Fiber Optic Internet, TV and Phone

# Installation Checklist

At MetroNet, customer satisfaction is at the heart of everything we do. This checklist ensures your technician addressed important details you need to know to get the most from your MetroNet services.

- Respected your home by wearing shoe covers and cleaning up all installation areas
- Introduced Virtual Learning Library in Customer Portal
- Reviewed line bury expectations (if applicable)
- Reviewed speed test results and explained speed expectations for both a wired and wireless connection
- Tested WiFi signal throughout home and offered solutions
- Presented location of router and explained power cycling process to reboot
- Reviewed Customer Referral Program

Customer Account Number: 1811230

Technician Name: ADC - Troy Moore

Signature:  Date: 2022-03-25

Additional Questions?
(877) 407-3224

metronetinc.com/support

# METRONET
Fiber Optic Internet, TV and Phone

INSTALL ☒ REPAIR ☐ MACD ☐ OTHER ☐

| | | | |
|---|---|---|---|
| Customer Name: JYOTI GAUTAM | | Sub ID: 1811230 | |
| Contact Email: Jgautam423@gmail.com | | Contact Phone: 8082949082 | |
| Physical Address: 1143 1ST ST SW APT 1 | | | |
| City: ROCHESTER | | State: MN | Zip: 55902 |
| Install Date: 2022-03-25 | | Time: ☐ AM ☐ PM | |
| Work Order # 3180447 | | Tech Number: ADC - Troy Moore (adctmoore) | |
| LCP/Term/Port # RC020-D07:1 | | Start Time: 14:04 | Stop Time: 16:08 |
| Cross Connect Assignment | Splitter D07 Port 1 | | |

**Fiber Phone Service**

**Fiber IPTV Service**
Add
Internet Router Res MFN
Features: Router

**Fiber-Speed Internet Service** **(PIN: 4126)**
Add
Metronet 100M/ 100M Internet Res 2019-03

**Miscellaneous Service**
Add
Subscriber Level Charges 2015-10 Res Metronet

**Notes:**
ATLAS follow up. Called CST and setup install for 100/100 with 12/12 month promo attached. Processing install for 3/25/22 1-3pm.

-David Davenport

COMPLETION NOTES:
Ndi-1
Eq-ndi
D-1 201ft to 0ft
E-q

Equipment

| Qty | Equip Used (incl Model #) | Serial Number/MAC | Action | Record Labor Below |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Charges

| Qty | Description | Price | | Qty | Description | Price |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

My signature below indicates that I have received, read, and agree to the Terms and Conditions attached to this Service Order and the Additional Terms of Service Addendum which has been presented to me in my customer package. I further agree to be billed for, and to pay, the charges for any additional products and services recommended by my installer and agreed upon at the time of installation by me or by an authorized user in my residence. I understand that all Broadband Services, including telephone service, are provided through an Optical Network Termination device ("ONT") that requires a separate power source. If there is a power outage and/or the network goes down, I understand that I will lose all of the services provided to me, and if I subscribe to phone service, I could lose my ability to access E911 services for a period of time.

I understand and agree to the Terms and Conditions of this Service Order, including the Additional Terms of Service and authorize and approve installation.

METRONET

Fiber Optic Internet, TV and Phone

INSTALL ☒ REPAIR ☐ MACD ☐ OTHER ☐

| | |
|---|---|
| Customer Signature: | Date: 2022-03-25 |