# EXHIBIT 4

## Murray First Invoice

## Account Information

| | |
|---|---|
| Customer Name | JYOTI GAUTAM |
| Account Number | 1811230 |
| Invoice Date | 03/28/2022 |

METRONET
THE POWER OF FIBER

## YOUR ACCOUNT SUMMARY

### ACCOUNT NUMBER 1811230

### Previous Activity

| | |
|---|---|
| Previous Balance: | $0.00 |
| Applied Payments & Credits: | $0.00 |
| Outstanding Balance: | $0.00 |

### New Charges

| | |
|---|---|
| Fiber-Speed Internet | $29.95 |
| Prorated Charges | $4.00 |
| Other Charges & Credits | $9.95 |
| **New Charges Due:** | **$43.90** |
| **If paid on or before:** | **April 18, 2022** |
| *If paid after April 18, 2022* ............................ | $53.90 |

**Total Charges Due:** **$43.90**
*(Outstanding Balance & New Charges combined)*

## METRONET NEWS

We always enjoy hearing from our customers! If you have questions about your invoice or need additional assistance, you can connect with a friendly, knowledgeable Customer Care Associate by:

- Emailing us at customer_service@metronetinc.com
- Chatting with us online at metronetinc.com/support
- Messaging us on Facebook or Twitter @MetroNetFiber
- Calling us at (877) 407-3224
- Visiting your nearest MetroNet retail store

**Become a part of the MetroNet team!**
We strive to maintain a dynamic, energetic workplace, with compensation and benefits that are rewarding. Visit www.metronetinc.com/careers for positions available in your area.



*PLEASE DETACH AND RETURN WITH PAYMENT*

METRONET
THE POWER OF FIBER
*3701 COMMUNICATIONS WAY EVANSVILLE, IN 47715-8929*

Address Service Requested

JYOTI GAUTAM
1143 1ST ST SW APT 1
ROCHESTER MN 55902-6262

**You may pay your bill online at www.metronetinc.com or by phone by calling 1-866-517-3712.**

| | |
|---|---|
| Customer Name | JYOTI GAUTAM |
| Account Number | 1811230 |
| **Balance Due:** | **$43.90** |
| Due on or before: | April 18, 2022 |

*NOTE: Your payment is set for auto draft 15 days following invoice date by ACH*

Amount Enclosed $

Metro FiberNet LLC
PO BOX 630903
CINCINNATI, OH 45263-0903

Checks payable to METRONET
Please include your account number on check

004662353000018112300000000439000000043901

METRONET
THE POWER OF FIBER

**1-877-407-3224 | metronetinc.com**

| | |
|---|---|
| Customer Name | JYOTI GAUTAM |
| Account Number | 1811230 |
| Invoice Date | 03/28/2022 |

## Fiber-Speed Internet — 29.95

| | | |
|---|---|---|
| 03/28 - 04/27 | 100M/100M<br>*12 months @ $29.95 + 12 months @ $39.95- Promotion through 03/27/2024* | 29.95 |

## Prorated Charges — 4.00

**Fiber-Speed Internet**

| | | |
|---|---|---|
| 03/25 - 03/27 | 100M/100M | 3.00 |

**Other Charges & Credits**

| | | |
|---|---|---|
| 03/25 - 03/27 | Technology Service Fee | 1.00 |

## Other Charges & Credits — 9.95

| | | |
|---|---|---|
| | Technology Service Fee | 9.95 |
| | Auto-Draft Credit | -25.00 |
| | Installation Fee | 25.00 |

| | |
|---|---|
| **New Charges** | **43.90** |
| **Previous Balance** | **0.00** |
| **Total Charges Due** | **43.90** |

### Customer Service

You have up to ninety (90) days from the "Bill Date" to dispute any charge on your bill. If you want to dispute a charge or have any questions regarding your bill statement or account, please contact our Customer Service at: 1-877-407-3224.