# EXHIBIT 5

## Perry Summary Email

metronet

# THANK YOU!

Welcome to Metronet. You made the right decision in choosing us as your new provider, and we thank you. Your **Digital Welcome Guide** has all of the details you need about your upcoming installation. Details of your order are below.

---

Order Confirmation Number: 35874775

Order Date: 2024-04-18

Installation Date: 2024-04-19 10:00 AM - 12:00 PM

---

## Customer Details

Subscriber Name: Allen Perry

Service Address: 1536 SPRINGFIELD DR, LEXINGTON, KY 40515

Phone Number: 3042083521

Email Address: akperry@mail.com

Subscriber ID: 2028842

---

## Order Summary

### Monthly Charges

| | |
|---|---|
| 100 Mb:<br>*Promotion:*<br>*100 Mb 1-Yr Price Lock* | $49.95<br>$-20.00 |
| WiFi Router: | $0.00 |
| Tech Assure: | $12.95 |
| Fees: | $0.00 |
| Taxes: | $0.78 |

**One Time Charges/Credits**

| | |
|---|---|
| Installation Fee: | $50.00 |
| **Estimated Monthly Total After First Invoice:** | **$43.68** |
| Months 1 - 12: | $43.68 |
| Months 13 - 24: | $53.68 |
| Months 25+: | $63.68 |

---

INSTALLATION INFORMATION:

Installation information & FAQs can be found on our website at **www.metronet.com/support**.

PLEASE MAKE NOTE OF THE FOLLOWING:

- Someone age 18 years or older must be present at time of installation.

- In order to install our fiber services, we may need to install equipment on the outside of your home.

- Weather permitting, the fiber line in your yard will be buried within 14 business days.

- If you have opted in to receive notifications, an email or text will be sent to you regarding your installation date. Should you need to reschedule, please call (877) 365-0619.

---

ACCESSING YOUR MYMETRONET PORTAL:

Sign up for text and email notifications, view and pay your bill, set up automatic payments, upgrade services, and more when you use your myMetronet Portal.

Get started by going to **[www.metronet.com/portal](www.metronet.com/portal)** and click "Create New Account."

---

GET A $25.00 CREDIT:

Get a one-time $25.00 credit by signing up for automatic payments using a checking or savings account! **Here's how**.



---

metronet.com


**Our mailing address is:**
Metronet
3701 Communications Way
Evansville, IN 47715


*Copyright © 2024 Metronet, All rights reserved.*