# EXHIBIT 6

## Perry Installation Confirmation

# Certified Home Installation Checklist

Metronet takes pride in our industry-leading customer satisfaction. The checklist below serves as confirmation of the quality and success of your technician visit. It also ensures your technician has provided you with the information you need to get the most from your Metronet services.

- Respected your home by wearing shoe covers and cleaning up all installation areas
- Showed proper internet speed test method on Metronet website
- Tested Wi- Wi-Fi signal throughout home and offered solutions
- Tested internet, video, and phone service to ensure proper functionality, and offered solutions if needed
- Showed router location and how to power cycle
- Confirmed outside lines and equipment are installed correctly and working properly
- Reviewed line bury expectations
  - ☐ Sprinkler/Irrigation System
  - ☐ Invisible Dog Fence
  - ☐ Private Gas or Electric
    (i.e. grill in back yard or dusk to dawn light)

Customer Initials*

*By initialing, you're agreeing to Metronet's line bury expectations listed below.

- Reviewed myMetronet Portal, Referral Program, and how to sign up for email and text notifications
- Introduced customer education videos in the Virtual Learning Library (Metronet Support)

Customer Account Number: 2028842

WiFi Password:

Technician Name: Matthew Bean

Date: 2024-04-19

Signature:

**Additional Questions?**
877.407.3224 | metronetinc.com/support

**Call before you dig!**
Visit call811.com for more information.

I acknowledge that Metronet installed or will install a fiber line connection to my residence. During the installation process, I understand and agree that for a period of time, this fiber line is or will be above ground until it is ultimately buried. Metronet notified me and requested that while the fiber line is exposed, I must exercise extreme caution, remain away from the cable line, and instruct any other persons who may enter my property to take the same safety measures. I expressly release, defend and indemnify Metronet and its owners, subsidiaries, successors, officers, directors, agents, assigns, employees and insurers from any and all direct or indirect liability arising out of the fiber lines or facilities I may have (e.g., invisible dog fence, gas line, septic system, water, propane, power lines, sprinkler system, security or drain tiles). Further, I understand and agree that I am responsible for any damage occurring to unmarked or inaccurately marked privately-privately-owned service lines in connection with the fiber line installation to my residence.

metronet™
love your internet

130 W TIVERTON WAY, SUITE 160, Lexington, KY 40503 INSTALL ☒ REPAIR ☐ MACD ☐ OTHER ☐

| | | | |
|---|---|---|---|
| Customer Name: ALLEN PERRY | | Sub ID: 2028842 | |
| Contact Email: akperry@mail.com | | Contact Phone: 3042083521 | |
| Physical Address: 1536 SPRINGFIELD DR | | | |
| City: LEXINGTON | | State: KY | Zip: 40515 |
| Install Date: 2024-04-19 | | Arrival Time: 10:00 AM - 12:00 PM | |
| Work Order # 4397927 | | Tech Number: Matthew Bean (mbean) | |
| LCP/Term/Port # LX076-G06:7 | | Start Time: 09:34 | Stop Time: 12:34 |
| Cross Connect Assignment | Splitter G06 Port 7 | | |

**Fiber Phone Service**

**Fiber IPTV Service**
Add
Internet Router Res MFN
Features: Router

**Fiber-Speed Internet Service** **(PIN: 1837)**
Add
Metronet 100M/ 100M Internet Res 2019-03

**Miscellaneous Service**
Add
Subscriber Level Charges 2015-10 Res Metronet

**Notes:**
COMPLETION NOTES:
103 over 105 speed test

Equipment

| Qty | Equip Used (incl Model #) | Serial Number/MAC | Action | Record Labor Below |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Charges

| Qty | Description | Price | | Qty | Description | Price |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

My signature below indicates that I have received, read, and agree to the Terms and Conditions attached to this Service Order and the Additional Terms of Service Addendum which has been presented to me in my customer package. I further agree to be billed for, and to pay, the charges for any additional products and services recommended by my installer and agreed upon at the time of installation by me or by an authorized user in my residence. I understand that all Broadband Services, including telephone service, are provided through an Optical Network Termination device ("ONT") that requires a separate power source. If there is a power outage and/or the network goes down, I understand that I will lose all of the services provided to me, and if I subscribe to phone service, I could lose my ability to access E911 services for a period of time.

I understand and agree to the Terms and Conditions of this Service Order, including the Additional Terms of Service and authorize and approve installation.

metronet
love your internet

130 W TIVERTON WAY, SUITE 160, Lexington, KY 40503

INSTALL ☒ REPAIR ☐ MACD ☐ OTHER ☐

Customer Signature: Date: 2024-04-19