# EXHIBIT 7

## Perry First Invoice

## Account Information

| | |
|---|---|
| Customer Name | ALLEN PERRY |
| Account Number | 2028842 |
| Invoice Date | 04/22/2024 |

metronet™

## YOUR ACCOUNT SUMMARY

### ACCOUNT NUMBER 2028842

#### Previous Activity

| | |
|---|---|
| Previous Balance: | $0.00 |
| Applied Payments & Credits: | $0.00 |
| Outstanding Balance: | $0.00 |

#### New Charges

| | |
|---|---|
| Fiber-Speed Internet | $29.95 |
| Other Charges & Credits | $62.95 |
| Taxes | $0.78 |
| **New Charges Due:** | **$93.68** |
| **If paid on or before:** | **May 13, 2024** |
| *If paid after May 13, 2024* ............................ | $103.68 |

**Total Charges Due:** **$93.68**
*(Outstanding Balance & New Charges combined)*

## IMPORTANT INFORMATION

**IMPORTANT NOTICE**
Our Terms and Conditions have changed. To view these changes, please visit metronet.com.
You may pay your bill online using the $ Quick Pay link at www.metronet.com or by phone through our automated system at 866-517-3712.

**Questions about your service?**
**Residential Customer Service:** 877-407-3224
**Email:** customer_service@metronet.com
**Chat:** www.metronet.com



*PLEASE DETACH AND RETURN WITH PAYMENT*

metronet™

*3701 COMMUNICATIONS WAY EVANSVILLE, IN 47715-8929*

Address Service Requested

ALLEN PERRY
1536 SPRINGFIELD DR
LEXINGTON KY 40515-5887

Checks payable to METRONET
Please include your account number on check

**You may pay your bill online at www.metronet.com or by phone through our automated system at 866-517-3712.**

| | |
|---|---|
| Customer Name | ALLEN PERRY |
| Account Number | 2028842 |
| **Balance Due:** | **$93.68** |
| Due on or before: | May 13, 2024 |
| Amount Enclosed | $ |

METRONET
PO BOX 630546
CINCINNATI, OH 45263-0546

0069411628000202884210000093680000093688

metronet™

**1-877-407-3224 | metronet.com**

| | |
|---|---|
| Customer Name | ALLEN PERRY |
| Account Number | 2028842 |
| Invoice Date | 04/22/2024 |

| **Fiber-Speed Internet** | | **29.95** |
|---|---|---|
| 04/19 - 05/18 | 100M/100M | 49.95 |
| | Promotion Discount | -20.00 |
| | *12 months @ $29.95 + 12 months @ $39.95 - Promotion through 04/21/2026* | |

| **Other Charges & Credits** | | **62.95** |
|---|---|---|
| | Tech Assure | 12.95 |
| | Installation Fee | 50.00 |

| **Taxes** | | **0.78** |
|---|---|---|
| | KY State Taxes | 0.78 |

| | |
|---|---|
| **New Charges** | **93.68** |
| **Previous Balance** | **0.00** |
| **Total Charges Due** | **93.68** |

**Customer Service**

You have up to ninety (90) days from the "Bill Date" to dispute any charge on your bill. If you want to dispute a charge or have any questions regarding your bill statement or account, please contact our Customer Service at: 1-877-407-3224.