# EXHIBIT 8

## Gold (Isakov) First Invoice

## Account Information

| | |
|---|---|
| Customer Name | EMANUEL ISAKOV |
| Account Number | 1992232 |
| Invoice Date | 03/24/2023 |

metronet™

## YOUR ACCOUNT SUMMARY

### ACCOUNT NUMBER 1992232

#### Previous Activity

| | |
|---|---|
| Previous Balance: | $0.00 |
| Applied Payments & Credits: | $0.00 |
| Outstanding Balance: | $0.00 |

#### New Charges

| | |
|---|---|
| Fiber-Speed Internet | $29.95 |
| Other Charges & Credits | -$4.95 |

| | |
|---|---|
| **New Charges Due:** | **$25.00** |
| **If paid on or before:** | **April 14, 2023** |
| *If paid after April 14, 2023* ............................ | $35.00 |

**Total Charges Due: $25.00**
*(Outstanding Balance & New Charges combined)*

## METRONET NEWS

We always enjoy hearing from our customers! If you have questions about your invoice or need additional assistance, you can connect with a friendly, knowledgeable Customer Care Associate by:

- Emailing us at customer_service@metronet.com
- Chatting with us online at metronet.com/support
- Messaging us on Facebook or Twitter @MetronetFiber
- Calling us at (877) 407-3224
- Visiting your nearest Metronet retail store



*PLEASE DETACH AND RETURN WITH PAYMENT*

metronet™

*3701 COMMUNICATIONS WAY EVANSVILLE, IN 47715-8929*

Address Service Requested

EMANUEL ISAKOV
6179 E 96TH PL
INDIANAPOLIS IN 46250-1313

Checks payable to METRONET
Please include your account number on check

**You may pay your bill online at www.metronet.com or by phone by calling 1-866-517-3712.**

| | |
|---|---|
| Customer Name | EMANUEL ISAKOV |
| Account Number | 1992232 |
| **Balance Due:** | **$25.00** |
| Due on or before: | April 14, 2023 |
| Amount Enclosed | $ |

METRONET
PO BOX 630903
CINCINNATI, OH 45263-0903

00562059660001992232300000250000000025006

metronet™

**1-877-407-3224 | metronet.com**

| | |
|---|---|
| Customer Name | EMANUEL ISAKOV |
| Account Number | 1992232 |
| Invoice Date | 03/24/2023 |

| **Fiber-Speed Internet** | | **29.95** |
|---|---|---|
| 03/22 - 04/21 | 100M/100M<br>*12 months @ $29.95 + 12 months @ $39.95- Promotion through 03/23/2025* | 29.95 |
| **Other Charges & Credits** | | **-4.95** |
| | Tech Assure | 12.00 |
| | Free Month Credit | -41.95 |
| | Installation Fee | 25.00 |
| **New Charges** | | **25.00** |
| **Previous Balance** | | **0.00** |
| **Total Charges Due** | | **25.00** |

**Customer Service**

You have up to ninety (90) days from the "Bill Date" to dispute any charge on your bill. If you want to dispute a charge or have any questions regarding your bill statement or account, please contact our Customer Service at: 1-877-407-3224.