UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JYOTI GAUTAM MURRAY on behalf of themselves and all others similarly situated, ALLEN PERRY on behalf of themselves and all others similarly situated, EMANUEL GOLD On behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:24-cv-00131-MPB-CSW |
| METRO FIBERNET, LLC d/b/a METRONET, | ) ) | |
| Defendant. | ) ) | |

**FINAL JUDGMENT**

Pursuant to the Court's Order on this date, the Court now enters **FINAL JUDGMENT** in favor of Defendant Metro Fibernet, LLC d/b/a Metronet and against Plaintiffs Jyoti Gautam Murray, Allen Perry, and Emanuel Gold.

**IT IS SO ORDERED.**

Dated:  August 26, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.