UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JYOTI GAUTAM MURRAY, ALLEN PERRY, and EMANUEL GOLD, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> METRO FIBERNET, LLC d/b/a METRONET, <br><br> Defendant(s). | ) Case No. 3:24-cv-00131-MPPB-CSW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Jyoti Gautam Murray, Allen Perry and Emanuel Gold appeal to the United States Court of Appeals for the Seventh Circuit from the Order Granting Defendant's Motion to Dismiss Plaintiffs' Amended Complaint entered in this action on August 26, 2025 (ECF No. 69) and Final Judgment (ECF No. 70).

Dated: September 23, 2025               Respectfully submitted,

**KALIELGOLD PLLC**

By: /s/ Sophia G. Gold
Sophia G. Gold (*pro hac vice*)
KalielGold PLLC
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

**JENNINGS & EARLEY PLLC**
Tyler B. Ewigleben; Bar No. 36450-49
Christopher D. Jennings
500 President Clinton Avenue, Suite 110
Little Rock, Arkansas 72201
Telephone: (317)-695-1712
tyler@jefirm.com

1

chris@jefirm.com

*Attorney for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I certify that on September 23, 2025, the foregoing document was electronically served on all parties via the Court's CM/ECF system.

                                                   */s/ Neva R. Garcia*
                                                 Neva R. Garcia$^{CP}$
                                                 Paralegal for KalielGold PLLC