# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 24, 2025

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-2687
>
> Caption:
> JYOTI GAUTAM MURRAY, et al.,
>     Plaintiffs - Appellants
>
> v.
>
> METRO FIBERNET, LLC doing business as METRONET,
>     Defendant - Appellee
>
> ---
>
> District Court No: 3:24-cv-00131-MPB-CSW
> Clerk/Agency Rep Kristine L. Seufert
> District Judge Matthew P. Brookman
>
> Date NOA filed in District Court: 09/23/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)